UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Health Insurance Plan of New York
**Plaintiff**

-v-

Aventis Pharmaceuticals, Inc.
**Defendant**

Case No.

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Health Insurance Plan of New York (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**None.**

Date: July 26, 2007

_____
**Signature of Attorney**

**Attorney Bar Code:** DN-2374

Form Rule7_1.pdf