UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HEALTH INSURANCE PLAN OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> AVENTIS PHARMACEUTICALS, INC., <br><br> Defendant. | Civil Action No. 07-cv-6785 (HB) <br><br> Hon. Harold Baer, U.S.D.J. |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT AVENTIS PHARMACEUTICALS, INC.**

COMES NOW defendant Aventis Pharmaceuticals, Inc. ("Aventis") pursuant to Fed. R. Civ. P. 7.1 and certifies that it is not a publicly held company; that sanofi-aventis, a publicly held company, is the parent corporation of Aventis Pharmaceuticals, Inc. (formerly known as Hoechst Marion Roussel, Inc.); and that no other publicly held company owns 10% or more of Aventis Pharmaceuticals, Inc.

|  |  |
|---|---|
|  | Respectfully submitted, <br><br> s/ Samuel Joseph Hand<br>Samuel Joseph Hand (SH-9275)<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017-6702<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306 |
| Dated: August 24, 2007 | *Counsel for* AVENTIS PHARMACEUTICALS, INC. |

## CERTIFICATE OF SERVICE

I, Samuel Joseph Hand, certify that the foregoing Corporate Disclosure Statement was served on August 24, 2007, on the counsel listed in the service list below by first-class mail.

Ed Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, Fourth Floor
Cambridge, MA 02142

Mark M. Sandmann
RAWLINGS & ASSOCIATES, P.L.L.C.
325 W. Main Street
Louisville, KY 40202

Richard Cohen
LOWEY DANNENBERG BEMPORAD
SELINGER & COHEN, P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601

                                                                       s/ Samuel Joseph Hand_____