AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern                        DISTRICT OF                        New York

HEALTH INSURANCE PLAN OF NEW YORK

v.

AVENTIS PHARMACEUTICALS, INC.

**APPEARANCE**

Case Number: 07-cv-6785

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Aventis Pharmaceuticals, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/24/2007 | /s Samuel Joseph Hand |
| Date | Signature |
| | Samuel Joseph Hand     SH-9275 |
| | Print Name             Bar Number |
| | 222 East 41st Street |
| | Address |
| | New York     NY     10017-6702 |
| | City          State    Zip Code |
| | (212) 326-3939     (212) 755-7306 |
| | Phone Number         Fax Number |

## CERTIFICATE OF SERVICE

    I, Samuel Joseph Hand, certify that the foregoing Notice of Appearance was served on August 24, 2007, on the counsel listed in the service list below by first-class mail.

    Ed Notargiacomo
    HAGENS BERMAN SOBOL SHAPIRO LLP
    One Main Street, Fourth Floor
    Cambridge, MA 02142

    Mark M. Sandmann
    RAWLINGS & ASSOCIATES, P.L.L.C.
    325 W. Main Street
    Louisville, KY 40202

    Richard Cohen
    LOWEY DANNENBERG BEMPORAD
    SELINGER & COHEN, P.C.
    White Plains Plaza
    One North Broadway
    White Plains, NY 10601

                                                            s/ Samuel Joseph Hand