UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HEALTH INSURANCE PLAN OF NEW YORK, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| AVENTIS PHARMACEUTICALS, INC., | ) ) ) |
| Defendant. | ) ) |

Civil Action No. 07-cv-6785 (HB)

Hon. Harold Baer, U.S.D.J.

**DEFENDANT AVENTIS PHARMACEUTICALS, INC.'S UNOPPOSED REQUEST
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

COMES NOW defendant Aventis Pharmaceuticals, Inc. ("Aventis") and hereby moves this Honorable Court to grant Aventis an extension of time in which to respond to Plaintiff Health Insurance Plan of New York's ("HIPNY") Class Action Complaint (the "Complaint").

Currently, Aventis' response to the Complaint is due August 24, 2007. Because Aventis only recently retained counsel in this matter, it respectfully requests that the Court grant Aventis a 30-day extension – until September 24, 2007 – to file its response. Counsel for Aventis has contacted and obtained HIPNY's consent to this request. A current copy of the docket report is attached.

- 2 -

WHEREFORE Aventis prays that this Honorable Court grant this Unopposed Request for Extension of Time to Respond to the Complaint.

|  | Respectfully submitted, |
|---|---|
| Dated: August 24, 2007 | s/ Samuel Joseph Hand<br>Samuel Joseph Hand (SH-9275)<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017-6702<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br><br>*Counsel for* AVENTIS PHARMACEUTICALS, INC. |

## **CERTIFICATE OF SERVICE**

    I, Samuel Joseph Hand, certify that the foregoing Unopposed Request for Extension of Time to Respond to the Complaint was served on August 24, 2007, on the counsel listed in the service list below by first-class mail.

Ed Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, Fourth Floor
Cambridge, MA 02142

Mark M. Sandmann
RAWLINGS & ASSOCIATES, P.L.L.C.
325 W. Main Street
Louisville, KY 40202

Richard Cohen
LOWEY DANNENBERG BEMPORAD
SELINGER & COHEN, P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601

                                                s/ Samuel Joseph Hand_____

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| HEALTH INSURANCE PLAN OF NEW YORK, | ) ) ) ) | Civil Action No. 07-cv-6785 (HB) |
| Plaintiff, | ) ) | Hon. Harold Baer, U.S.D.J. |
| v. | ) ) |  |
| AVENTIS PHARMACEUTICALS, INC., | ) ) |  |
| Defendant. | ) ) |  |

## **PROPOSED ORDER**

Upon consideration of defendant Aventis Pharmaceuticals, Inc.'s Unopposed Request for Extension of Time to Respond to the Complaint, it is this ___ day of _____, 2007, hereby

ORDERED that Aventis Pharmaceuticals, Inc. has until September 24, 2007 to respond to plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

U.S. District Court
United States District Court for the Southern District of New York (Foley Square)
CIVIL DOCKET FOR CASE #: 1:07-cv-06785-HB

| | |
|---|---|
| Health Insurance Plan of New York v. Aventis Pharmaceuticals, Inc. | Date Filed: 07/26/2007 |
| Assigned to: Judge Harold Baer | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question: Other | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Health Insurance Plan of New York**     represented by     **David S. Nalven**
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142
(617) 482-3700
Fax: (617) 482-3003
Email: davidn@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Lawrence**
Hagens Berman Sobol Shapiro, LLP
White Plains Plaza
One North Broadway
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Swann**
Rawlings & Associates, P.L.L.C.
325 W. Main Street
Louisville, KY 40202
(502) 814-2157
Fax: (502) 584-8580
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Fischer**
Rawlings & Associates, P.L.L.C.
325 West Main Street
Louisville, KY 40201
(502) 814-2157

Fax: (502) 584-8580
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark M. Sandmann**
Rawlings & Associates, P.L.L.C.
325 W. Main St.
Louisville, KY 40202
(502) 814-2157
Fax: (502) 584-8580
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Cohen**
Lowey Dannenberg Bemporad
Selinger & Cohen, P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Sobol**
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142
(617) 482-3700
Fax: (617) 482-3003
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Aventis Pharmaceuticals, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2007 | 1 | COMPLAINT against Aventis Pharmaceuticals, Inc.. (Filing Fee $ 350.00, Receipt Number 622359)Document filed by Health Insurance |

- 4 -

| | | |
|---|---|---|
| | | Plan of New York.(tro) Additional attachment(s) added on 8/1/2007 (Becerra, Maribel). (Entered: 07/30/2007) |
| 07/26/2007 | | SUMMONS ISSUED as to Aventis Pharmaceuticals, Inc. (tro) (Entered: 07/30/2007) |
| 07/26/2007 | | Magistrate Judge Andrew J. Peck is so designated. (tro) (Entered: 07/30/2007) |
| 07/26/2007 | | Case Designated ECF. (tro) (Entered: 07/30/2007) |
| 07/26/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Health Insurance Plan of New York.(tro) Additional attachment(s) added on 8/1/2007 (Becerra, Maribel). (Entered: 07/30/2007) |
| 08/22/2007 | 3 | LETTER re: Letter addressed to David S. Nalven, Esq. from Linda Eckhouse, Judicial Assistant to Hon. Harold Baer, Jr. dated 8/8/07 re: There will be a Pre-Trial conference in this case at 3:30 p.m. on 10/4/07, in Room 2230.(jco) (Entered: 08/24/2007) |
| 08/22/2007 | | Set Deadlines/Hearings: Pretrial Conference set for 10/4/2007 at 03:30 PM before Judge Harold Baer. (jco) (Entered: 08/24/2007) |