UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEALTH INSURANCE PLAN OF NEW YORK,<br><br>*Plaintiff,*<br><br>v.<br><br>AVENTIS PHARMACEUTICALS, INC.,<br><br>*Defendant.* | Case No. 07-CV-6785 (HB)<br><br>**ECF Case** |

### NOTICE OF APPEARANCE

Richard W. Cohen, Esq. of Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for Plaintiff, Health Insurance Plan of New York, and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: White Plains, New York
August 29, 2007

> LOWEY DANNENBERG BEMPORAD
> SELINGER & COHEN, P.C.
>
> By: *[signature]*
> Richard W. Cohen (RC-5220)
> White Plains Plaza - 5th Floor
> One North Broadway
> White Plains, New York 10601-2310
> Telephone:   914-997-0500
> Facsimile:   914-997-0035
> rcohen@lowey.com
>
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Richard W. Cohen, certify that the foregoing Notice of Appearance was served on August 29, 2007 on the counsel listed below by first-class mail.

Samuel J. Hand
JONES DAY
222 East 41st Street
New York, NY 10017-6702

David S. Nalven
Thomas M. Sobol
Ed Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO, LLP
One Main Street
4th Floor
Cambridge, MA 02142

Jeffrey Swann
Mark D. Fischer
Mark M. Sandmann
RAWLINGS & ASSOCIATES, P.L.L.C.
325 W. Main Street
Louisville, KY 40202

_____
Richard W. Cohen