**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| HEALTH INSURANCE PLAN OF NEW YORK, | ) ) ) ) | Civil Action No. 07-cv-6785 (HB) |
| Plaintiff, | ) ) | Hon. Harold Baer, U.S.D.J. |
| v. | ) ) ) |  |
| AVENTIS PHARMACEUTICALS, INC., | ) ) ) |  |
| Defendant. | ) ) |  |

**DEFENDANT AVENTIS PHARMACEUTICALS, INC.'S UNOPPOSED REQUEST
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

COMES NOW defendant Aventis Pharmaceuticals, Inc. ("Aventis") and hereby moves this Honorable Court to grant Aventis an extension of time in which to respond to Plaintiff Health Insurance Plan of New York's ("HIPNY") Class Action Complaint (the "Complaint").

By previous agreement and a subsequent Order of this Court, Aventis' response to HIPNY's Complaint is currently due September 24, 2007. In accordance with the Court's instructions, counsel for Aventis, HIPNY, and the direct purchaser plaintiffs in *Louisiana Wholesale Drug Co. v. sanofi-aventis, et al.*, Civil Action No. 07-cv-7343, have begun negotiating a proposed scheduling order in advance of the October 4, 2007 pretrial conference. In order to coordinate proceedings in the *HIPNY* and *Louisiana Wholesale* matters to the extent possible, counsel have agreed to propose to the Court that Aventis shall not be required to respond to either complaint until October 15, 2007.

- 2 -

WHEREFORE Aventis prays that this Honorable Court grant its Unopposed Request for Extension of Time to Respond to the Complaint.

|  | Respectfully submitted, |
|---|---|
| Dated:  September 24, 2007 | /s/ Samuel Joseph Hand<br>Samuel Joseph Hand (SH-9275)<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017-6702<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br><br>*Counsel for* AVENTIS PHARMACEUTICALS, INC. |

## **CERTIFICATE OF SERVICE**

      I, Samuel Joseph Hand, certify that the foregoing Unopposed Request for Extension of Time to Respond to the Complaint was served on September 24, 2007, on the counsel listed in the service list below by first-class mail.

    Edward Notargiacomo
    HAGENS BERMAN SOBOL SHAPIRO LLP
    One Main Street, Fourth Floor
    Cambridge, MA 02142

    Mark M. Sandmann
    RAWLINGS & ASSOCIATES, P.L.L.C.
    325 W. Main Street
    Louisville, KY 40202

    Richard Cohen
    LOWEY DANNENBERG BEMPORAD
    SELINGER & COHEN, P.C.
    White Plains Plaza
    One North Broadway
    White Plains, NY 10601

                                                        /s/ Samuel Joseph Hand

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HEALTH INSURANCE PLAN OF NEW YORK, | ) ) ) ) Civil Action No. 07-cv-6785 (HB) |
| Plaintiff, | ) ) Hon. Harold Baer, U.S.D.J. |
| v. | ) ) |
| AVENTIS PHARMACEUTICALS, INC., | ) ) |
| Defendant. | ) ) |

**PROPOSED ORDER**

Upon consideration of Aventis Pharmaceuticals, Inc.'s Unopposed Request for Extension of Time to Respond to the Complaint, it is this ___ day of _____, 2007, hereby

ORDERED that Aventis Pharmaceuticals, Inc., has until October 15, 2007 to respond to plaintiff Health Insurance Plan of New York's Complaint.

_____
UNITED STATES DISTRICT JUDGE