ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06785-HB

| | |
|---|---|
| Health Insurance Plan of New York v. Aventis Pharmaceuticals, Inc. | Date Filed: 07/26/2007 |
| Assigned to: Judge Harold Baer | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question: Other | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Health Insurance Plan of New York**   represented by   **David S. Nalven**
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142
(617) 482-3700
Fax: (617) 482-3003
Email: davidn@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Lawrence**
Lowey Dannenberg Bemporad Selinger & Cohen, P.C., (WP)
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Swann**
Rawlings & Associates, P.L.L.C.
325 W. Main Street
Louisville, KY 40202
(502) 814-2157
Fax: (502) 584-8580
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Fischer**
Rawlings & Associates, P.L.L.C.
325 West Main Street
Louisville, KY 40201
(502) 814-2157

Fax: (502) 584-8580
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark M. Sandmann**
Rawlings & Associates, P.L.L.C.
325 W. Main St.
Louisville, KY 40202
(502) 814-2157
Fax: (502) 584-8580
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Dexter St. Philip, Jr**
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.,(WP)
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
914-997-0500
Fax: 914-997-0035
Email: pstphillip@ldbs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Cohen**
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Wolfe Cohen**
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.,(WP)
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
914-997-0500
Fax: 914-997-0035
Email: rcohen@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Sobol**
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142
(617) 482-3700
Fax: (617) 482-3003
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Notargiacomo**
Hagens Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142
(617) 482-3700
Fax: (617) 482-3003
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Aventis Pharmaceuticals, Inc.**  represented by  **Samuel Joseph Hand**
Jones Day
222 East 41st Street
New York, NY 10017
(212)-326-7802
Fax: (212)-755-7306
Email: jhand@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2007 | 1 | COMPLAINT against Aventis Pharmaceuticals, Inc.. (Filing Fee $ 350.00, Receipt Number 622359)Document filed by Health Insurance Plan of New York.(tro) Additional attachment(s) added on 8/1/2007 (Becerra, Maribel). (Entered: 07/30/2007) |
| 07/26/2007 |   | SUMMONS ISSUED as to Aventis Pharmaceuticals, Inc. (tro) (Entered: 07/30/2007) |
| 07/26/2007 |   | Magistrate Judge Andrew J. Peck is so designated. (tro) (Entered: 07/30/2007) |
| 07/26/2007 |   | Case Designated ECF. (tro) (Entered: 07/30/2007) |
| 07/26/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Health Insurance Plan of New York.(tro) Additional attachment(s) added on 8/1/2007 (Becerra, Maribel). (Entered: |

| | | |
|---|---|---|
| | | 07/30/2007) |
| 08/22/2007 | 3 | LETTER re: Letter addressed to David S. Nalven, Esq. from Linda Eckhouse, Judicial Assistant to Hon. Harold Baer, Jr. dated 8/8/07 re: There will be a Pre-Trial conference in this case at 3:30 p.m. on 10/4/07, in Room 2230.(jco) (Entered: 08/24/2007) |
| 08/22/2007 | | Set Deadlines/Hearings: Pretrial Conference set for 10/4/2007 at 03:30 PM before Judge Harold Baer. (jco) (Entered: 08/24/2007) |
| 08/24/2007 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Sanofi-Aventis as Corporate Parent. Document filed by Aventis Pharmaceuticals, Inc..(Hand, Samuel) (Entered: 08/24/2007) |
| 08/24/2007 | 5 | NOTICE OF APPEARANCE by Samuel Joseph Hand on behalf of Aventis Pharmaceuticals, Inc. (Hand, Samuel) (Entered: 08/24/2007) |
| 08/24/2007 | 6 | MOTION for Extension of Time to File Answer *to Complaint*. Document filed by Aventis Pharmaceuticals, Inc..(Hand, Samuel) (Entered: 08/24/2007) |
| 08/28/2007 | 7 | AFFIDAVIT OF SERVICE. Aventis Pharmaceuticals, Inc. served on 8/3/2007, answer due 8/23/2007. Service was accepted by Sandi Stuckert Managing Agent. Document filed by Health Insurance Plan of New York. (Nalven, David) (Entered: 08/28/2007) |
| 08/29/2007 | 8 | NOTICE OF APPEARANCE by Richard Wolfe Cohen on behalf of Health Insurance Plan of New York (Cohen, Richard) (Entered: 08/29/2007) |
| 08/29/2007 | 9 | NOTICE OF APPEARANCE by Peter Dexter St. Philip, Jr on behalf of Health Insurance Plan of New York (St. Philip, Peter) (Entered: 08/29/2007) |
| 09/04/2007 | 10 | PROPOSED ORDER: Upon consideration of defendant Aventis Pharmaccuticals, Inc.'s Unopposed Request for Extension of Time to Respond to the Complaint, it is this 3rd day of Sept., 2007, hereby ordered that Aventis Pharmaceuticals, Inc. has until September 24, 2007 to respond to plaintiff's Complaint. So Ordered. (Signed by Judge Harold Baer on 9/4/07) (js) (Entered: 09/04/2007) |
| 09/18/2007 | 11 | MOTION for Edward Notargiacomo to Appear Pro Hac Vice. Document filed by Health Insurance Plan of New York. (jco) (Entered: 09/19/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/24/2007 09:55:14 | | | |
| **PACER Login:** | jd0772 | **Client Code:** | 078907-665002 |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-06785-HB |

| Billable Pages: | 2 | Cost: | 0.16 |