USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEALTH INSURANCE PLAN
OF NEW YORK,

Plaintiff

- against -

AVENTIS PHARMACEUTICALS, INC.,

Defendant.

07 cv 6785 (HB)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of David S. Nalven attorney for Health Insurance Plan of New York and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Edward Notargiacomo
Firm Name: HAGENS BERMAN SOBOL SHAPRIO LLP
Address: One Main Street, 4th Floor
City/State/Zip: Cambridge, MA 02142
Telephone/Fax: (617) 482-3700 / (617) 482-3003
Email Address: ED@HBSSLAW.COM

is admitted to practice pro hac vice as counsel for Health Insurance Plan of New York in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

Dated:
City, State:

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 10/2/07

United States District/Magistrate Judge