UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

|  |  |
|---|---|
| HEALTH INSURANCE PLAN OF NEW YORK, | Civil Action No. 07-cv-6785 (HB) |
| Plaintiff, | Hon. Harold Baer, U.S.D.J. |
| v. |  |
| AVENTIS PHARMACEUTICALS, INC., |  |
| Defendant. |  |

### PROPOSED ORDER

Upon consideration of Aventis Pharmaceuticals, Inc.'s Unopposed Request for Extension of Time to Respond to the Complaint, it is this _2_ day of _Oct_, 2007, hereby

ORDERED that Aventis Pharmaceuticals, Inc., has until October 15, 2007 to respond to plaintiff Health Insurance Plan of New York's Complaint.

_____
UNITED STATES DISTRICT JUDGE