UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

HEALTH INSURANCE PLAN OF NEW )
YORK, et al., )
 )
        Plaintiff, )     Civil Action No. 07-cv-6785 (HB)
 )
v. )
 )
AVENTIS PHARMACEUTICALS, INC., )
 )
        Defendant. )

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Defendant Aventis Pharmaceuticals, Inc. dated September 27, 2007, for an Order pursuant to Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York granting *pro hac vice* admission to Julia E. McEvoy, Christopher R. Farrell and Rosanna K. McCalips in connection with the above-captioned action, and upon consideration of the motion and declaration in support thereof, it is

**ORDERED** that Julia E. McEvoy, Christopher R. Farrell and Rosanna K. McCalips are granted *pro hac vice* admission to the bar of this Court for the purpose of participating in this action.

Dated: New York, New York
        _____, 2007

                                      Honorable Harold Baer
                                      United States District Judge

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

*/s/ Harold Baer*

Hon. Harold Baer, Jr., U.S.D.J.
Date: 10/10/07