# EXHIBIT 1, Tab 1

**COPYRIGHTED MATERIAL CAN BE
VIEWED IN THE
DOCKETS MANAGEMENT PUBLIC
READING ROOM
5630 FISHERS LANE, ROOM 1061
ROCKVILLE, MD**