# EXHIBIT 1, Tab 4

## FACSIMILE TRANSMISSION
## RECORD



From: Sandra Cook

Division of Anti-Inflammatory, Analgesic, and Ophthalmic Drug Products, HFD-550

Phone 301-827-2090
Fax    301-827-2531

Date: 8/6/98

To:  Name:      Joy Bates, RN, BSN
     Company:   Quintiles
     City:              State:
     Phone #:   (301) 272-3122

     FAX #:     (301) 272-2150

Number of Pages (INCLUDING COVER PAGE): 2

Please telephone (301) 827-2090 IMMEDIATELY if re-transmission is necessary.

THIS DOCUMENT IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.
If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any view, disclosure, copying, or other action based on the content of this communication is NOT authorized. If you have received this document in error, please notify us immediately by telephone and return it to us at the above address by mail. Thank you.

Joy,
The following questions are from the PK reviewer for NDA 20-905:

In the patient database, used in the population pk analysis, correlation was found between smoking and drug clearance.

In the clinical trials database, was the smoker status recorded?

If so, were patients who smoked and were started off with a 10 mg dose more likely than non-smokers to be escalated to the 20 mg due to lack of efficacy?

If no studies were done using 10 mg as an entry dose, of those patients at 20 mg, was there a difference in the percentage of patients who completed the study at 20 mg (rather than having their dose reduced to 10 mg)?

Regarding your question of administering 5 20 mg tablets vs. 1 100 mg tablet as the loading

6

dose, the biopharmceutical management would require demonstration of bioequivalency prior to allowing the change.

The following comment pertains the name Arava:
The Division will accept, at this time, the use of the tradename Arava.

Please call me if you have any questions. Thanks, Sandy.

7