# EXHIBIT 3, Tab 3

Case 1:07-cv-06735-HB    Document 18-26    Filed 10/22/2007    Page 1 of 2

**COPYRIGHTED MATERIAL CAN BE VIEWED IN THE
DOCKETS MANAGEMENT PUBLIC READING ROOM
5630 FISHERS LANE, ROOM 1061
ROCKVILLE, MD**