# EXHIBIT 3, Tab 4

**Attachment 4**

```
>A>   AP                              30MG/ML                     N76722 002  Jul 27, 2004
>A>   AP       BAXTER HLTHCARE        15MG/ML                     N75772 001  Jul 21, 2004
>A>   AP                              30MG/ML                     N75772 002  Jul 21, 2004


      LANSOPRAZOLE
>A>      FOR SUSPENSION, DELAYED RELEASE; ORAL
>A>         PREVACID
>A>            TAP PHARM              15MG/PACKET                 N21281 001  May 03, 2001
>A>      +                            30MG/PACKET                 N21281 002  May 03, 2001
>D>      FOR SUSPENSION, EXTENDED RELEASE; ORAL
>D>         PREVACID
>D>            TAP PHARM              15MG/PACKET                 N21281 001  May 03, 2001
>D>      +                            30MG/PACKET                 N21281 002  May 03, 2001
>A>      TABLET, DELAYED RELEASE, ORALLY DISINTEGRATING; ORAL
>A>         PREVACID
>A>            TAP PHARM              15MG                        N21428 001  Aug 30, 2002
>A>      +                            30MG                        N21428 002  Aug 30, 2002
>D>      TABLET, ORALLY DISINTEGRATING; ORAL
>D>         PREVACID
>D>            TAP PHARM              15MG                        N21428 001  Aug 30, 2002
>D>      +                            30MG                        N21428 002  Aug 30, 2002

      LEFLUNOMIDE
         TABLET; ORAL


         ARAVA
>D>         @ AVENTIS PHARMS          100MG                       N20905 003  Sep 10, 1998
>A>      +                            100MG                       N20905 003  Sep 10, 1998


      LEUCOVORIN CALCIUM
         INJECTABLE; INJECTION
         LEUCOVORIN CALCIUM PRESERVATIVE FREE
>D>   AP      BIGMAR                  EQ 200MG BASE/VIAL          N40258 001  Feb 26, 1999
>D>      +                            EQ 500MG BASE/VIAL          N40286 001  Feb 26, 1999
>A>   AP      BIGMAR BIOREN           EQ 200MG BASE/VIAL          N40258 001  Feb 26, 1999
>A>      +                            EQ 500MG BASE/VIAL          N40286 001  Feb 26, 1999


      LEVOTHYROXINE SODIUM
         TABLET; ORAL
         LEVOLET
>A>   BX      VINTAGE                 0.025MG                     N21137 001  Jun 06, 2003
>A>   BX                              0.05MG                      N21137 002  Jun 06, 2003
>A>   BX                              0.075MG                     N21137 003  Jun 06, 2003
>A>   BX                              0.088MG                     N21137 004  Jun 06, 2003
>A>   BX                              0.1MG                       N21137 005  Jun 06, 2003
>A>   BX                              0.112MG                     N21137 006  Jun 06, 2003
>A>   BX                              0.125MG                     N21137 007  Jun 06, 2003
>A>   BX                              0.137MG                     N21137 008  Jun 06, 2003
>A>   BX                              0.15MG                      N21137 009  Jun 06, 2003
>A>   BX                              0.175MG                     N21137 010  Jun 06, 2003
>A>   BX                              0.2MG                       N21137 011  Jun 06, 2003
>A>   BX                              0.3MG                       N21137 012  Jun 06, 2003
>D>   BX      VINTAGE PHARMS          0.025MG                     N21137 001  Jun 06, 2003
>D>   BX                              0.05MG                      N21137 002  Jun 06, 2003
>D>   BX                              0.075MG                     N21137 003  Jun 06, 2003
>D>   BX                              0.088MG                     N21137 004  Jun 06, 2003
>D>   BX                              0.1MG                       N21137 005  Jun 06, 2003
>D>   BX                              0.112MG                     N21137 006  Jun 06, 2003
>D>   BX                              0.125MG                     N21137 007  Jun 06, 2003
>D>   BX                              0.137MG                     N21137 008  Jun 06, 2003
>D>   BX                              0.15MG                      N21137 009  Jun 06, 2003
>D>   BX                              0.175MG                     N21137 010  Jun 06, 2003
>D>   BX                              0.2MG                       N21137 011  Jun 06, 2003
>D>   BX                              0.3MG                       N21137 012  Jun 06, 2003
         LEVOXYL
>D>   AB1,    JONES PHARMA            0.137MG                     N21301 008  May 25, 2001
>D>   AB3
>A>   AB3                             0.137MG                     N21301 008  May 25, 2001


      LOPERAMIDE HYDROCHLORIDE
         SOLUTION; ORAL
         IMODIUM
>D>         @ JANSSEN                 1MG/5ML                     N19037 001  Jul 31, 1984
>A>         @ JANSSEN PHARMA          1MG/5ML                     N19037 001  Jul 31, 1984
```