**EXHIBIT 3, Tab 5**

Attachment

IMS Sample Data

|  | FisYr/12/2003 Contacts (Thousands) | FisYr/12/2003 Cost.of.Contact (Thousands) | FisYr/12/2003 Ex.Unit.Samples (Thousands) | FisYr/12/2003 Samples (Thousands) | FisYr/12/2003 RVOS (Thousands) |
|---|---|---|---|---|---|
| ARAVA       S.A 98/09 | 4 | 349 | 56 | 19 | 2,423 |
| 100MG | 0 | 0 | 56 | 19 | 2,423 |
| STR UN | 4 | 349 | 0 | 0 | 0 |
| NOT APPLICABLE | 0 | 0 | 0 | 0 | 0 |
| 10MG | 0 | 0 | 0 | 0 | 0 |
| 20MG | 0 | 0 | 0 | 0 | 0 |

|  | FisYr/12/2004 Contacts (Thousands) | FisYr/12/2004 Cost.of.Contact (Thousands) | FisYr/12/2004 Ex.Unit.Samples (Thousands) | FisYr/12/2004 Samples (Thousands) | FisYr/12/2004 RVOS (Thousands) |
|---|---|---|---|---|---|
| ARAVA       S.A 98/09 | 8 | 601 | 144 | 48 | 6,893 |
| 100MG | 0 | 0 | 144 | 48 | 6,893 |
| STR UN | 8 | 601 | 0 | 0 | 0 |
| NOT APPLICABLE | 0 | 0 | 0 | 0 | 0 |
| 10MG | 0 | 0 | 0 | 0 | 0 |
| 20MG | 0 | 0 | 0 | 0 | 0 |