# EXHIBIT 5, Tab C

Case 1:07-cv-06785-HB   Document 18-33   Filed 10/22/2007   Page 1 of 2

**COPYRIGHTED MATERIAL CAN BE VIEWED IN THE
DOCKETS MANAGEMENT PUBLIC READING ROOM
5630 FISHERS LANE, ROOM 1061
ROCKVILLE, MD**