# EXHIBIT 5, Tab D

Case 1:07-cv-06395-HB   Document 18-34   Filed 10/26/2007   Page 1 of 16

# D



Department of Health and Human Services    Public Health Service

Food and Drug Administration
Rockville, MD 20857

JAN -8 2002

# INVOICE ENCLOSED

## User Fee Invoice Enclosed – Products and Establishments

Dear Colleague:

This communication contains an invoice (Attachment A) under the Prescription Drug User Fee Act of 1992 (PDUFA) as amended by the Food and Drug Administration Modernization Act of 1997 (Modernization Act).[1] This invoice is for fiscal year (FY) 2002[2] applicable product or establishment fees assessed to your firm. Instructions for payment are included in Attachment B. **Payment is due by January 31, 2002, without regard to whether you intend to request a waiver or fee reduction.**

FDA has established the annual fees for products and establishments based upon the provisions of the Modernization Act that provide for adjustment of the annual fees based on inflation and workload. Before the end of this year, FDA will publish a notice in the *Federal Register* providing the adjusted rates and a description of how they were derived.

If you identify other products or establishments for which you have not been billed and for which you believe your firm should be assessed fees for FY 2002, or if you have any questions concerning the attached invoice, please contact Beverly Friedman or Michael Jones at:

Center for Drug Evaluation and Research
Food and Drug Administration, HFD-5
5600 Fishers Lane
Rockville, MD 20857
301-594-2041
FAX: 301-827-5562



RECEIVED JAN 15 2002 REGULATORY AFFAIRS

Information on PDUFA as amended by the Modernization Act is available at www.fda.gov/cder/pdufa/default.htm.

We appreciate your continued cooperation and thank you in advance for your prompt payment.

Sincerely,

Helen S. Horn, Acting Director
Office of Financial Management

Enclosures:
Attachment A – Product/Establishment Fee Invoice
Attachment B – Payment Instructions

---

[1] Sections 735 and 736 of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 379g and 379h).
[2] FY 2002 = October 1, 2001 through September 30, 2002



# FDA

## FOOD AND DRUG ADMINISTRATION
### INVOICE

Bill Number: 999466
Billing Date: 20-DEC-2001

**Make Remittance Payable To and Mail To:**

FOOD AND DRUG ADMINISTRATION
P.O. BOX 360909
Pittsburgh, PA 15251-6909

**Payments sent by private courier must be addressed to:**

FOOD AND DRUG ADMINISTRATION (360909)
Mellon Client Service Center Rm 670
500 Ross Street
Pittsburgh, PA 15262-0001

AVENTIS PHARMACEUTICALS INC

10236 MARION PARK DR MAIL CODE J5M1540
KANSAS CITY     MO     64137

| Type of Product/Establishment | Number of Products or Establishments | Unit Fee | Total |
|---|---|---|---|
| Product | 39 | $ 21,630.00 | $ 843,570.00 |
| Establishment | 5.158 | $140,109.00 | $ 722,682.22 |
| | | Total Fee: | $ 1,566,252.22 |

Payment must be received by the U.S. Food and Drug Administration before January 31, 2002, in U.S. dollars, by check, bank draft, or U. S. Postal money order payable to the order of the U.S. Food and Drug Administration, and any check or bank draft should be drawn on or payable through U.S. financial institutions located in the United States.

If full payment is not received by January 31, 2002, an interest rate of 13.25% will be charged. In addition, delinquent invoices will be assessed a $20 administrative fee for each full 30 day period that the account remains outstanding. A 6% late payment penalty fee also will be charged as stated in 45 CFR Subtitle A, Section 30.13.

A receipt will be issued upon request. The invoice will not be considered paid until payment has been cleared and the amount received by the U.S. Food and Drug Administration.

For further information concerning this invoice, please contact Beverly Friedman at 301-594-2041

05-DEC-2001                                                          Page 4

Billing Firm: AVENTIS PHARMACEUTICALS INC 72223

>>>>   DRUG PRODUCTS         <<<<

| NDA/PRODUCT TRADE NAME | DOSAGE; ROUTES OF ADMIN. |
|---|---|
| N020905 003 ARAVA | TABLET; ORAL |
| Ingredient | Potency |
| LEFLUNOMIDE | 100MG |
| N021022 001 PENLAC | SOLUTION; TOPICAL |
| Ingredient | Potency |
| CICLOPIROX | 8% |
| N021024 001 PRIFTIN | TABLET; ORAL |
| Ingredient | Potency |
| RIFAPENTINE | 150MG |
| N021081 001 LANTUS | INJECTABLE; SUBCUTANEOUS |
| Ingredient | Potency |
| INSULIN GLARGINE | 100UNT/1ML |
| N050547 001 CLAFORAN | POWDER, FOR INJECTION SOLUTION; IV(INFUSION) |
| Ingredient | Potency |
| CEFOTAXIME SODIUM | EQ 500MG BASE/VIAL |
| N050547 004 CLAFORAN | POWDER, FOR INJECTION SOLUTION; IV(INFUSION) |
| Ingredient | Potency |
| CEFOTAXIME SODIUM | EQ 10GM BASE/VIAL |
| N050596 001 CLAFORAN IN SODIUM CHLORIDE 0.9% | INJECTION; IV(INFUSION) |
| Ingredient | Potency |
| CEFOTAXIME SODIUM | EQ 20MG BASE/ML |
| N050596 002 CLAFORAN IN DEXTROSE 5% | INJECTION; IV(INFUSION) |
| Ingredient | Potency |
| CEFOTAXIME SODIUM | EQ 20MG BASE/ML |
| N050596 003 CLAFORAN IN SODIUM CHLORIDE 0.9% | INJECTION; IV(INFUSION) |
| Ingredient | Potency |
| CEFOTAXIME SODIUM | EQ 40MG BASE/ML |



Department of Health and Human Services      Public Health Service

Food and Drug Administration
Rockville, MD  20857

## INVOICE ENCLOSED
User Fee Invoice Enclosed – Products and Establishments         AUG 15 2002

Dear Colleague:

On June 12, 2002, the President signed the Public Health Security and Bioterrorism Preparedness and Response Act of 2002, which includes the Prescription Drug User Fee Amendments of 2002 (PDUFA III). PDUFA III authorizes the Food and Drug Administration (FDA) to continue to collect three types of user fees from applicants who submit certain new drug and biological product applications and supplements and for certain products and establishments.[1] These amendments to the Federal Food, Drug, and Cosmetic Act (the Act) provide increased resources for FDA to implement improvements in the drug and biological product review processes and conduct risk management activities for these products. The following documents are enclosed:

Attachment A:  An invoice for the annual product and/or establishment fees assessed to your company for fiscal year 2003 (FY 2003)[2] under the user fee provisions of the Act. FDA has established the annual fees for products and establishments based on the provisions of PDUFA III that provide for adjustment of the annual fees based on inflation and workload. On August 2, 2002, FDA published a Notice in the *Federal Register* (67 FR 50448) providing the adjusted rates and a description of how they were calculated.[3]

Attachment B:  Instructions for payment. **Payment is due by October 1, 2002, without regard to whether you intend to request a waiver or fee reduction.**

If you identify other products or establishments for which you have not been billed and for which you believe your firm should be assessed user fees for FY 2003, or if you have any questions concerning the attached invoice, please contact Beverly Friedman, Michael Jones, or Tawni Schwemer at:

> Center for Drug Evaluation and Research
> Food and Drug Administration, HFD-5
> 5600 Fishers Lane
> Rockville, MD  20857
> Phone:  301-594-2041 or Fax:  301-827-5562

Information on prescription drug user fees is available at www.fda.gov/cder/pdufa/default.htm. We appreciate your continued cooperation and thank you in advance for your prompt payment.

Sincerely,

Helen S. Horn, Acting Director
Office of Financial Management



Enclosures:
Attachment A – Product/Establishment Fee Invoice
Attachment B – Payment Instructions

---

[1] Sections 735 and 736 of the Act (21 U.S.C. 379g and 379h) as amended by PDUFA III.
[2] FY 2003 = October 1, 2002, through September 30, 2003.
[3] Available on the Internet at http://www.fda.gov/cder/pdufa/default.htm under Federal Register Documents.

ATTACHMENT A



| | FOOD AND DRUG ADMINISTRATION | Bill Number : 1000489 |
|---|---|---|
| | INVOICE | Billing Date : 15-AUG-2002 |

Make Remittance Payable To and Mail To :

FOOD AND DRUG ADMINISTRATION
P.O. BOX 360909
Pittsburgh, PA  15251-6909

Payments sent by private courier must be addressed to:

FOOD AND DRUG ADMINISTRATION (360909)
Mellon Client Service Center Rm 670
500 Ross Street
Pittsburgh, PA  15262-0001

AVENTIS PHARMACEUTICALS INC

10236 MARION PARK DR MAIL CODE J5M1540
KANSAS CITY    MO    64137



RECEIVED AUG 21 2002 REGULATORY AFFAIRS

| Type Of Fee (Product/Establishment) | Number Of Products or Establishments | Unit Fee | Total |
|---|---|---|---|
| Product | 55 | $ 32,400.00 | $1,782,000.00 |
| Establishment | 11.035 | $209,900.00 | $2,316,246.50 |
| | | Total Fee : | $ 4,098,246.50 |

Payment must be received by the U.S. Food and Drug Administration by October 1, 2002, in U.S. dollars, by check, bank draft, or U.S. Postal money order payable to the order of the U.S. Food and Drug Administration, and any check or bank draft should be drawn on or payable through U.S. financial institutions located in the United States.

If full payment is not received by October 1, 2002, an interest rate of 12.625% will be charged. In addition, delinquent invoices will be assessed a $20 administrative fee for each full 30 day period that the account remains outstanding. A 6% late payment penalty fee also will be charged as stated in 45 CFR Subtitle A, Section 30.13.

A receipt will be issued upon request. The invoice will not be considered paid until payment has been cleared and the amount received by the U.S. Food and Drug Administration.

For further information concerning this invoice, please contact Beverly Friedman at 301-594-2041

| Billing Firm: | | AVENTIS PHARMACEUTICALS INC | 72223 |
|---|---|---|---|
| Owner of Products: | | AVENTIS PHARMACEUTICALS INC | 72223 |
| NDA #/Prod # | | Trade Name/Ingredient | Dosage Form/Strength |
| 20623 | 2 | ANZEMET | Tablet; Oral |
| | | DOLASETRON MESYLATE MONOHYDRATE | EQ 100MG BASE |
| 20624 | 1 | ANZEMET | Injectable; Injection |
| | | DOLASETRON MESYLATE MONOHYDRATE | EQ 20MG BASE/ML |
| 20625 | 1 | ALLEGRA | Capsule; Oral |
| | | FEXOFENADINE HYDROCHLORIDE | 60MG |
| 20786 | 1 | ALLEGRA-D | Tablet, Extended Release; Oral |
| | | FEXOFENADINE HYDROCHLORIDE; PSEUDOEPHED | 60MG;120MG |
| 20872 | 1 | ALLEGRA | Tablet; Oral |
| | | FEXOFENADINE HYDROCHLORIDE | 30MG |
| 20872 | 2 | ALLEGRA | Tablet; Oral |
| | | FEXOFENADINE HYDROCHLORIDE | 60MG |
| 20872 | 4 | ALLEGRA | Tablet; Oral |
| | | FEXOFENADINE HYDROCHLORIDE | 180MG |
| 20905 | 1 | ARAVA | Tablet; Oral |
| | | LEFLUNOMIDE | 10MG |
| 20905 | 2 | ARAVA | Tablet; Oral |
| | | LEFLUNOMIDE | 20MG |
| 20905 | 3 | ARAVA | Tablet; Oral |
| | | LEFLUNOMIDE | 100MG |
| 21024 | 1 | PRIFTIN | Tablet; Oral |
| | | RIFAPENTINE | 150MG |

Wednesday, August 14, 2002



Department of Health and Human Services       Public Health Service

Food and Drug Administration
Rockville, MD 20857

AUG 1 5 2003

# INVOICE ENCLOSED
## User Fee Invoice Enclosed – Products and Establishments

Dear Colleague:

On June 12, 2002, the President signed the Public Health Security and Bioterrorism Preparedness and Response Act of 2002, which includes the Prescription Drug User Fee Amendments of 2002 (PDUFA III). PDUFA III authorizes the Food and Drug Administration (FDA) to continue to collect three types of user fees from applicants who submit certain new drug and biological product applications and supplements and for certain products and establishments.[1] These amendments to the Federal Food, Drug, and Cosmetic Act (the Act) provide increased resources for FDA to implement improvements in the drug and biological product review processes and conduct risk management activities for these products. The following documents are enclosed:

Attachment A: An invoice for the annual product and/or establishment fees assessed to your company for fiscal year 2004 (FY 2004)[2] under the user fee provisions of the Act. FDA has established the annual fees for products and establishments based on the provisions of PDUFA III that provide for adjustment of the annual fees based on inflation and workload. On August 1, 2003, FDA published a Notice in the *Federal Register* (68 FR 45249) providing the adjusted rates and a description of how they were calculated.[3]

Attachment B: Instructions for payment. **Payment is due by October 1, 2003, without regard to whether you intend to request a waiver or fee reduction.**

If you identify other products or establishments for which you have not been billed and for which you believe your firm should be assessed user fees, or if you have any questions concerning the attached invoice, please contact Beverly Friedman, Michael Jones, or Tawni Schwemer at:

Phone: 301-594-2041
FAX: 301-827-5562

Information on prescription drug user fees is available at www.fda.gov/cder/pdufa/default.htm. We appreciate your continued cooperation and thank you in advance for your prompt payment.

Sincerely,

Helen S. Horn, Director
Office of Financial Management

RECEIVED
AUG 1 8 2003
REGULATORY AFFAIRS

Enclosures:
Attachment A – Product/Establishment Fee Invoice
Attachment B – Payment Instructions

---

[1] Sections 735 and 736 of the Act (21 U.S.C. 379g and 379h) as amended by PDUFA III.
[2] FY 2004 = October 1, 2003, through September 30, 2004.
[3] Available on the Internet at http://www.fda.gov/cder/pdufa/default.htm under Federal Register Documents.

ATTACHMENT A

# FDA  FOOD AND DRUG ADMINISTRATION
## INVOICE

Bill Number : 1001969
Billing Date : 15-AUG-2003

**Make Remittance Payable To and Mail To :**

FOOD AND DRUG ADMINISTRATION
P.O. BOX 360909
Pittsburgh, PA  15251-6909

**Payments sent by private courier must be addressed to:**

FOOD AND DRUG ADMINISTRATION (360909)
Mellon Client Service Center Rm 670
500 Ross Street
Pittsburgh, PA  15262-0001

AVENTIS PHARMACEUTICALS INC

10236 MARION PARK DR MAIL CODE J5M1540
KANSAS CITY    MO    64137



RECEIVED AUG 1 8 2003 REGULATORY AFFAIRS

| Type Of Fee (Product/Establishment) | Number Of Products or Establishments | Unit Fee | Total |
|---|---|---|---|
| Product | 55 | $ 36,080.00 | $1,984,400.00 |
| Establishment | 11.763 | $226,800.00 | $2,667,848.40 |
|  |  | Total Fee : | $ 4,652,248.40 |

Payment must be received by the U.S. Food and Drug Administration by October 1, 2003, in U.S. dollars,
by check, bank draft, or U.S. Postal money order payable to the order of the U.S. Food and Drug Administration,
and any check or bank draft should be drawn on or payable through U.S. financial institutions located in the United States.

If full payment is not received by October 1, 2003, an interest rate of 12.125% will be charged. In addition,
delinquent invoices will be assessed a $20 administrative fee for each full 30 day period that the account
remains outstanding. A 6% late payment penalty fee also will be charged as stated in 45 CFR Subtitle A,
Section 30.13.

A receipt will be issued upon request. The invoice will not be considered paid until payment has been cleared and the amount
received by the U.S. Food and Drug Administration.

For further information concerning this invoice, please contact Beverly Friedman at 301-594-2041

| Billing Firm: | | AVENTIS PHARMACEUTICALS INC | 72223 |
|---|---|---|---|
| Owner of Products: | | AVENTIS PHARMACEUTICALS INC | 72223 |
| NDA #/Prod # | | Trade Name/Ingredient | Dosage Form/Strength |
| 20624 | 1 | ANZEMET | Injectable; Injection |
| | | DOLASETRON MESYLATE MONOHYDRATE | EQ 20MG BASE/ML |
| 20624 | 2 | ANZEMET | Injectable; Injection |
| | | DOLASETRON MESYLATE MONOHYDRATE | EQ 12.5MG BASE/ML |
| 20625 | 1 | ALLEGRA | Capsule; Oral |
| | | FEXOFENADINE HYDROCHLORIDE | 60MG |
| 20786 | 1 | ALLEGRA-D | Tablet, Extended Release; Oral |
| | | FEXOFENADINE HYDROCHLORIDE; PSEUDOEPHED | 60MG;120MG |
| 20872 | 1 | ALLEGRA | Tablet; Oral |
| | | FEXOFENADINE HYDROCHLORIDE | 30MG |
| 20872 | 2 | ALLEGRA | Tablet; Oral |
| | | FEXOFENADINE HYDROCHLORIDE | 60MG |
| 20872 | 4 | ALLEGRA | Tablet; Oral |
| | | FEXOFENADINE HYDROCHLORIDE | 180MG |
| 20905 | 1 | ARAVA | Tablet; Oral |
| | | LEFLUNOMIDE | 10MG |
| 20905 | 2 | ARAVA | Tablet; Oral |
| | | LEFLUNOMIDE | 20MG |
| 20905 | 3 | ARAVA | Tablet; Oral |
| | | LEFLUNOMIDE | 100MG |
| 21024 | 1 | PRIFTIN | Tablet; Oral |
| | | RIFAPENTINE | 150MG |

Tuesday, August 05, 2003



Department of Health and Human Services          Public Health Service

Food and Drug Administration
Rockville, MD 20857

AUG 12 2004

## INVOICE ENCLOSED
User Fee Invoice Enclosed – FY 2005 Products and Establishments

Dear Colleague:

On June 12, 2002, the President signed the Public Health Security and Bioterrorism Preparedness and Response Act of 2002, which includes the Prescription Drug User Fee Amendments of 2002 (PDUFA III). PDUFA III authorizes the Food and Drug Administration (FDA) to continue to collect three types of user fees from applicants who submit certain new drug and biological product applications and supplements and for certain products and establishments.[1] These amendments to the Federal Food, Drug, and Cosmetic Act (the Act) provide increased resources for FDA to implement improvements in the drug and biological product review processes and conduct risk management activities for these products. The following documents are enclosed:

Attachment A: An invoice for the annual product and/or establishment fees assessed to your company for fiscal year (FY) 2005[2] under the user fee provisions of the Act. FDA has established the annual fees for products and establishments based on the provisions of PDUFA III that provide for adjustment of the annual fees based on inflation and workload. On August 2, 2004, FDA published a notice in the *Federal Register* (69 FR 46165) providing the adjusted rates and a description of how they were calculated.[3]

Attachment B: Instructions for payment. **Payment is due by October 1, 2004, without regard to whether you intend to request a waiver or fee reduction.**

If you identify other products or establishments for which you have not been billed and for which you believe your firm should be assessed user fees, or if you have any questions concerning the attached invoice, please contact Beverly Friedman or Michael Jones at:

Phone: 301-594-2041
FAX: 301-827-5562

Information on prescription drug user fees is available at www.fda.gov/cder/pdufa/default.htm. We appreciate your continued cooperation and thank you in advance for your prompt payment.

Sincerely,

Helen S. Horn, Director
Office of Financial Management

RECEIVED AUG 20 2004 REGULATORY AFFAIRS

Enclosures:
Attachment A – Product/Establishment Fee Invoice
Attachment B – Payment Instructions

---

[1] Sections 735 and 736 of the Act (21 U.S.C. 379g and 379h) as amended by PDUFA III.
[2] FY 2005 = October 1, 2004, through September 30, 2005.
[3] Available on the Internet at http://www.fda.gov/cder/pdufa/default.htm under Federal Register Documents.



| | FOOD AND DRUG ADMINISTRATION | Bill Number : 1002471 |
|---|---|---|
| **FDA** | *INVOICE* | Billing Date : 12-AUG-2004 |

| Make Remittance Payable To and Mail To : | Payments sent by private courier must be addressed to: |
|---|---|
| FOOD AND DRUG ADMINISTRATION<br>P.O. BOX 360909<br>Pittsburgh, PA  15251-6909 | FOOD AND DRUG ADMINISTRATION (360909)<br>Mellon Client Service Center Rm 670<br>500 Ross Street<br>Pittsburgh, PA  15262-0001 |

AVENTIS PHARMACEUTICALS INC

10236 MARION PARK DR MAIL CODE J5M1540
KANSAS CITY        MO        64137

| Type Of Fee (Product Establishment) | Number Of Products for Establishments | Unit Fee | Total |
|---|---|---|---|
| Product | 48 | $ 41,710.00 | $2,002,080.00 |
| Establishment | 9.023 | $262,200.00 | $2,365,830.60 |
| | | Total Fee : | $ 4,367,910.60 |

Payment must be received by the U.S. Food and Drug Administration by October 1, 2004, in U.S. dollars, by check, bank draft, or U.S. Postal money order payable to the order of the U.S. Food and Drug Administration. Any check or bank draft should be drawn on or payable through U.S. financial institutions located in the United States.

If full payment is not received by October 1, 2004, an interest rate of 11-7/8% will be charged.  In addition, delinquent invoices will, for each 30 day period that the account remains outstanding, have a $20 administrative fee assessed. A penalty charge of 6% per year will be assessed on any invoices delinquent for more than 90 days in accordance with 45 CFR Subtitle A, Section 30.13.

Receipts will be issued upon request. This invoice will not be considered paid until payment has been cleared and the amount received by the U.S. Food and Drug Administration.

For further information concerning this invoice, please contact Beverly Friedman at 301-594-2041

| Billing Firm: | | AVENTIS PHARMACEUTICALS INC | 72223 |
|---|---|---|---|
| Owner of Products: | | AVENTIS PHARMACEUTICALS INC | 72223 |
| NDA #/Prod # | | Trade Name/Ingredient | Dosage Form/Strength |
| 20624 | 3 | ANZEMET | INJECTABLE; INJECTION |
| | | DOLASETRON MESYLATE MONOHYDRATE | EQ 500MG BASE/25ML |
| 20625 | 1 | ALLEGRA | CAPSULE; ORAL |
| | | FEXOFENADINE HYDROCHLORIDE | 60MG |
| 20784 | 1 | NASACORT HFA | SPRAY, METERED; NASAL |
| | | TRIAMCINOLONE ACETONIDE | 0.055MG/SPRAY |
| 20786 | 1 | ALLEGRA-D | TABLET, EXTENDED RELEASE; ORAL |
| | | FEXOFENADINE HYDROCHLORIDE; PSEUDOEPHED | 60MG;120MG |
| 20872 | 1 | ALLEGRA | TABLET; ORAL |
| | | FEXOFENADINE HYDROCHLORIDE | 30MG |
| 20872 | 2 | ALLEGRA | TABLET; ORAL |
| | | FEXOFENADINE HYDROCHLORIDE | 60MG |
| 20872 | 4 | ALLEGRA | TABLET; ORAL |
| | | FEXOFENADINE HYDROCHLORIDE | 180MG |
| 20905 | 1 | ARAVA | TABLET; ORAL |
| | | LEFLUNOMIDE | 10MG |
| 20905 | 2 | ARAVA | TABLET; ORAL |
| | | LEFLUNOMIDE | 20MG |
| 20905 | 3 | ARAVA | Tablet; Oral |
| | | LEFLUNOMIDE | 100MG |
| 21024 | 1 | PRIFTIN | TABLET; ORAL |
| | | RIFAPENTINE | 150MG |

Tuesday, July 27, 2004

**DEPARTMENT OF HEALTH & HUMAN SERVICES**　　　　　　　　　　　Public Health Service



Food and Drug Administration
Rockville MD 20857

May 5, 2005

Dear Colleague:

The Federal Food, Drug, and Cosmetic Act (the Act) authorizes the Food and Drug Administration (FDA) to collect annual user fees for certain products and establishments.[1] We plan to issue the fiscal year (FY) 2006[2] product and establishment invoices in August 2005,[3] and the fees will be due on October 1, 2005. To prepare for the FY 2006 invoices, we are asking for your assistance in updating our records. Please provide the following information for your company: (1) contact for user fee invoices (Attachment A) and (2) a list of products and establishments subject to user fees (Attachment B). In addition, this year we are asking firms with biologic products to update Attachment B with the brand names[4] of your products so that the brand names may be included on future invoices. See section II.B below for instructions.

### I.   What Is Attached to This Letter?

Attachment A shows the contact information of the person designated by your company to receive correspondence, invoices, and inquiries concerning user fees. Attachment B is a list of the products and establishments for which you were assessed fees in FY 2005. This list contains all products and establishments that appeared on your FY 2005 invoice issued in August 2004.

### II.   What Information Does FDA Need to Ensure an Accurate Invoice for FY 2006?

To ensure that the FY 2006 product and establishment fees are accurately assessed under the Act, we ask that you provide the information described in the following subsections.

#### A.   Attachment A - User Fee Contact Information

Review the contact information that we have on Attachment A and make any necessary additions or corrections. Then sign the attachment. Include your title and date.

---

[1] See Sections 735 and 736 of the Act (21 U.S.C. 379g and 379h). The Public Health Security and Bioterrorism Preparedness and Response Act of 2002 amended the Act and authorized FDA to collect fees through September 30, 2007. We described the technical amendments to the Act in a letter dated June 12, 2002. If you wish to view that June 12, 2002, *Dear Colleague* letter, go to www.fda.gov/cder/pdufa/default.htm under letters.
[2] FY 2006 = October 1, 2005, to September 30, 2006.
[3] The invoices will be issued after a notice announcing the FY 2006 fees publishes in the *Federal Register*. We do not have an exact date for this publication.
[4] A brand name drug is a drug marketed under a proprietary, trademark-protected name.

| Billing Firm: | AVENTIS PHARMACEUTICALS INC | | 72223 |
|---|---|---|---|
| Owner of Products: | AVENTIS PHARMACEUTICALS INC | | 72223 |
| NDA #/Prod # | Trade Name/Ingredient | | Dosage Form/Strength |
| 20623 | 2 | ANZEMET  *mft Est #16* | Tablet; Oral |
| | | DOLASETRON MESYLATE MONOHYDRATE | EQ 100MG BASE |
| 20624 | 1 | ANZEMET  *mft Est #16* | Injectable; Injection |
| | | DOLASETRON MESYLATE MONOHYDRATE | (EQ 20MG BASE/ML) |
| 20625 | 1 | ALLEGRA  *mft Est #8* | Capsule; Oral |
| | | FEXOFENADINE HYDROCHLORIDE | 60MG |
| 20786 | 1 | ALLEGRA-D  *mft Est #8* | Tablet, Extended Release; Oral |
| | | FEXOFENADINE HYDROCHLORIDE; PSEUDOEPHED | 60MG;120MG |
| 20872 | 1 | ALLEGRA  *mft Est #8* | Tablet; Oral |
| | | FEXOFENADINE HYDROCHLORIDE | 30MG |
| 20872 | 2 | ALLEGRA  *mft Est #8* | Tablet; Oral |
| | | FEXOFENADINE HYDROCHLORIDE | 60MG |
| 20872 | 4 | ALLEGRA  *mft Est #8* | Tablet; Oral |
| | | FEXOFENADINE HYDROCHLORIDE | 180MG |
| 20905 | 1 | ARAVA  *mft Est #7* | Tablet; Oral |
| | | LEFLUNOMIDE | 10MG |
| 20905 | 2 | ARAVA  *mft Est #7* | Tablet; Oral |
| | | LEFLUNOMIDE | 20MG |
| 20905 | 3 | ARAVA  *mft Est #7* | Tablet; Oral |
| | | LEFLUNOMIDE | 100MG |
| 21024 | 1 | PRIFTIN  *mft Est #15* | Tablet; Oral |
| | | RIFAPENTINE | 150MG |

Handwritten annotation next to EQ 20MG BASE/ML: "F/y Bill Ind."

Wednesday, August 14, 2002