# EXHIBIT 5, Tab E

# E

# APPROVED DRUG PRODUCTS
## with
## THERAPEUTIC EQUIVALENCE EVALUATIONS


LIBRARY
OF
COVINGTON & BURLING

The products in this list have been approved under section 505 of the Federal Food, Drug, and Cosmetic Act. This volume is current through December 31, 2003.

# 24th EDITION



## U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
### FOOD AND DRUG ADMINISTRATION
### CENTER FOR DRUG EVALUATION AND RESEARCH
### OFFICE OF PHARMACEUTICAL SCIENCE
### OFFICE OF GENERIC DRUGS

## 2004

PRESCRIPTION DRUG PRODUCT LIST

LAMOTRIGINE

TABLET; ORAL
LAMICTAL
GLAXOSMITHKLINE      25MG

  100MG

  150MG

+  200MG

N20241 005
DEC 27, 1994
N20241 001
DEC 27, 1994
N20241 002
DEC 27, 1994
N20241 003
DEC 27, 1994

TABLET, CHEWABLE; ORAL
LAMICTAL CD
GLAXOSMITHKLINE      2MG

  5MG

+  25MG

N20764 004
SEP 08, 2000
N20764 001
AUG 24, 1998
N20764 002
AUG 24, 1998

LANSOPRAZOLE

CAPSULE, DELAYED REL PELLETS; ORAL
PREVACID
TAP PHARM      15MG

+  30MG

N20406 001
MAY 10, 1995
N20406 002
MAY 10, 1995

FOR SUSPENSION, EXTENDED RELEASE; ORAL
PREVACID
TAP PHARM    •   15MG/PACKET

+  30MG/PACKET

N21281 001
MAY 03, 2001
N21281 002
MAY 03, 2001

TABLET, ORALLY DISINTEGRATING; ORAL
PREVACID
TAP PHARM      15MG

+  30MG

N21428 001
AUG 30, 2002
N21428 002
AUG 30, 2002

LANSOPRAZOLE;  *MULTIPLE*
SEE AMOXICILLIN; CLARITHROMYCIN; LANSOPRAZOLE

LANSOPRAZOLE; NAPROXEN

CAPSULE, DELAYED REL PELLETS, TABLET; ORAL
NAPRAPAC 250 (COPACKAGED)
TAP PHARM            15MG,N/A;N/A,250MG

NAPRAPAC 375 (COPACKAGED)
TAP PHARM            15MG,N/A;N/A,375MG

NAPRAPAC 500 (COPACKAGED)
+  TAP PHARM         15MG,N/A;N/A,500MG

N21507 002
NOV 14, 2003

N21507 003
NOV 14, 2003

N21507 004
NOV 14, 2003

LATANOPROST

SOLUTION/DROPS; OPHTHALMIC
XALATAN
+  PHARMACIA AND UPJOHN 0.005%

N20597 001
JUN 05, 1996

LEFLUNOMIDE

TABLET; ORAL
ARAVA
AVENTIS PHARMS      10MG

+  20MG

N20905 001
SEP 10, 1998
N20905 002
SEP 10, 1998

LEPIRUDIN

INJECTABLE; INJECTION
REFLUDAN
+  BERLEX LABS       50MG/VIAL

N20807 001
MAR 06, 1998

LETROZOLE

TABLET; ORAL
FEMARA
+  NOVARTIS          2.5MG

N20726 001
JUL 25, 1997



# DISCONTINUED DRUG PRODUCT LIST



C-74

| | | | |
|---|---|---|---|
| **KETOROLAC TROMETHAMINE** | | | |
| INJECTABLE | | | |
| KETOROLAC TROMETHAMINE | 30MG/ML | | N75230 |
| TABLET | | | |
| KETOROLAC TROMETHAMINE | 10MG | | N74790 |
| **KRYPTON, KR-81M** | | | |
| GAS | | | |
| MPI KRYPTON 81M GAS GENERATOR | N/A | | N18088 |
| **LABETALOL HYDROCHLORIDE** | | | |
| INJECTABLE | | | |
| LABETALOL HCL | 5MG/ML | | N75355 |
| TABLET | | | |
| LABETALOL HCL | 100MG | | N75223 |
| LABETALOL HCL | 200MG | | N75223 |
| LABETALOL HCL | 300MG | | N75223 |
| NORMODYNE | 400MG | | N18687 |
| TRANDATE | 400MG | | N16716 |
| **LACTULOSE** | | | |
| SOLUTION | | | |
| CEPHULAC | 10GM/15ML | | *N17657 |
| CHRONULAC | 10GM/15ML | | N17884 |
| DUPHALAC | 10GM/15ML | | N72372 |
| GENERLAC | 10GM/15ML | | N71842 |
| LACTULOSE | 10GM/15ML | | N71841 |
| LACTULOSE | 10GM/15ML | | N72029 |
| LACTULOSE | 10GM/15ML | | N73160 |
| LACTULOSE | 10GM/15ML | | N73590 |
| LACTULOSE | 10GM/15ML | | N17906 |
| PORTALAC | 10GM/15ML | | N72374 |
| **LAMOTRIGINE** | | | |
| TABLET | | | |
| LAMICTAL | 250MG | | N20241 |
| LAMICTAL | 50MG | | N20241 |
| TABLET, CHEWABLE | | | |
| LAMICTAL CD | 100MG | | N20764 |
| **LEFLUNOMIDE** | | | |
| TABLET | | | |
| ARAVA | 100MG | | N20905 |
| **LEUCOVORIN CALCIUM** | | | |
| FOR SOLUTION | | | |
| LEUCOVORIN CALCIUM | EQ 60MG BASE/VIAL | | N08107 |
| INJECTABLE | | | |
| LEUCOVORIN CALCIUM | EQ 3MG BASE/ML | | N89352 |
| LEUCOVORIN CALCIUM | EQ 50MG BASE/VIAL | | N89353 |
| LEUCOVORIN CALCIUM | EQ 50MG BASE/VIAL | | N88939 |

| | | | |
|---|---|---|---|
| **LEUCOVORIN CALCIUM** | | | |
| INJECTABLE | | | |
| LEUCOVORIN CALCIUM | | EQ 100MG BASE/VIAL | N81224 |
| LEUCOVORIN CALCIUM | | EQ 50MG BASE/VIAL | N70480 |
| LEUCOVORIN CALCIUM | | EQ 3MG BASE/ML | N08107 |
| WELLCOVORIN | | EQ 100MG BASE/VIAL | N89834 |
| WELLCOVORIN | | EQ 25MG BASE/VIAL | N89833 |
| WELLCOVORIN | | EQ 50MG BASE/VIAL | N89465 |
| WELLCOVORIN | | EQ 6MG BASE/ML | N87439 |
| TABLET | | | |
| LEUCOVORIN CALCIUM | | EQ 25MG BASE | N71598 |
| LEUCOVORIN CALCIUM | | EQ 5MG BASE | N71600 |
| WELLCOVORIN | | EQ 25MG BASE | N18342 |
| WELLCOVORIN | | EQ 5MG BASE | N18342 |
| **LEUPROLIDE ACETATE** | | | |
| INJECTABLE | | | |
| LUPRON DEPOT-PED | | 3.75MG/VIAL;7.5MG/VIAL | N20263 |
| LUPRON DEPOT-PED | | 7.5MG/VIAL;7.5MG/VIAL | N20263 |
| **LEVALLORPHAN TARTRATE** | | | |
| INJECTABLE | | | |
| LORFAN | | 1MG/ML | N10423 |
| **LEVAMISOLE HYDROCHLORIDE** | | | |
| TABLET | | | |
| ERGAMISOL | | EQ 50MG BASE | N20035 |
| **LEVOBETAXOLOL HYDROCHLORIDE** | | | |
| SUSPENSION/DROPS | | | |
| BETAXON | | EQ 0.5% BASE | N21114 |
| **LEVOCARNITINE** | | | |
| SOLUTION | | | |
| CARNITOR | | 1GM/10ML | N18948 |
| **LEVODOPA** | | | |
| CAPSULE | | | |
| BENDOPA | | 100MG | N16948 |
| BENDOPA | | 250MG | N16948 |
| BENDOPA | | 500MG | N16948 |
| DOPAR | | 100MG | N16913 |
| DOPAR | | 250MG | N16913 |
| DOPAR | | 500MG | N16913 |
| LARODOPA | | 100MG | N16912 |
| LARODOPA | | 250MG | N16912 |
| LARODOPA | | 500MG | N16912 |
| TABLET | | | |
| DOPAR | | 250MG | N16913 |
| DOPAR | | 500MG | N16913 |
| LARODOPA | | 100MG | N16912 |