**EXHIBIT 5, Tab F**

# F

## Waterman, Sharon

**From:** HOLOVACM@cder.fda.gov
**Sent:** Thursday, July 29, 2004 7:01 AM
**To:** Jamie.Szturo@sanofi-aventis.com; HOLOVACM@cder.fda.gov
**Cc:** FRIEDMANB@cder.fda.gov; HARE@cder.fda.gov; JONESM@cder.fda.gov
**Subject:** Arava

Ms. Szturo,
This was discussed internally and agreed upon that YES, it does fall into "marketing." Please send a letter to the OB staff as detailed below asking us to move it to the active Rx list.
Thank you.
Mary Ann Holovac

-----Original Message-----
**From:** Jamie.Szturo@aventis.com [mailto:Jamie.Szturo@aventis.com]
**Sent:** Wednesday, July 28, 2004 2:17 PM
**To:** HOLOVACM@cder.fda.gov
**Cc:** FRIEDMANB@cder.fda.gov
**Subject:** RE: Orange Book Update
**Importance:** High

-----Original Message-----
**From:** Szturo, Jamie PH/US
**Sent:** Tuesday, July 27, 2004 1:09 PM
**To:** 'Holovac, Mary Ann'
**Cc:** Friedman, Beverly J
**Subject:** RE: Orange Book Update

Mary Ann,
This is a "Physician Starter Sample" only - does that fall into 'marketing'?

-----Original Message-----
**From:** Holovac, Mary Ann [mailto:HOLOVACM@cder.fda.gov]
**Sent:** Tuesday, July 27, 2004 1:07 PM
**To:** Szturo, Jamie PH/US; Holovac, Mary Ann
**Cc:** Friedman, Beverly J
**Subject:** RE: Orange Book Update

send the OB staff a letter asking us to move it to the Rx section if you are marketing it.

7500 Standish Place
Rockville, MD 20855

Thanks.

-----Original Message-----
**From:** Jamie.Szturo@aventis.com [mailto:Jamie.Szturo@aventis.com]
**Sent:** Tuesday, July 27, 2004 2:05 PM
**To:** HOLOVACM@cder.fda.gov
**Cc:** FRIEDMANB@cder.fda.gov

6/9/2005

**Subject:** RE: Orange Book Update

Mary Ann,
What do I need to do to have the 100mg moved to active?

> -----Original Message-----
> **From:** Holovac, Mary Ann [mailto:HOLOVACM@cder.fda.gov]
> **Sent:** Tuesday, July 27, 2004 12:26 PM
> **To:** Szturo, Jamie PH/US; Holovac, Mary Ann
> **Cc:** Friedman, Beverly J
> **Subject:** RE: Orange Book Update
>
> they are all listed in the Orange Book-the 100mg is on the disc list, the other two potencies on the rx list
>
>> -----Original Message-----
>> **From:** Jamie.Szturo@aventis.com [mailto:Jamie.Szturo@aventis.com]
>> **Sent:** Tuesday, July 27, 2004 12:06 PM
>> **To:** holovacm@cder.fda.gov
>> **Cc:** friedmanb@cder.fda.gov
>> **Subject:** Orange Book Update
>> **Importance:** High
>>
>> Dear Mary Ann,
>> I am following up with you regarding a phone call I received today from Mrs. Friedman.
>> I need to confirm that for NDA 20-905 - Arava the following dosages should be listed:
>> 10mg
>> 20mg
>> 100mg
>>
>> Thank you
>> *Jamie Szturo*
>>
>> *Aventis Pharmaceuticals Inc.*
>> *US Regulatory CMC - J5-M1540*
>> *10236 Marion Park Drive*
>> *Kansas City, Mo 64137*
>> *816-966-5920*
>> *816-966-6794 fax*
>> *Nextel 816-564-3560*
>> *Jamie.Szturo@aventis.com*
>> **Visit RCMC Web:** http://draprdwww.brw.hmrag.com/grams/page_item.asp?page_id=23

6/9/2005