# EXHIBIT 5, Tab G

Case 1:07-cv-06395-HB   Document 18-30   Filed 10/22/2007   Page 1 of 5

# G

# APPROVED DRUG PRODUCTS
## with
## THERAPEUTIC EQUIVALENCE EVALUATIONS

### 24th EDITION

### Cumulative Supplement 7

### July 2004

LIBRARY
SEP 1 7 2004
...INGTON & ...RLI...

## CONTENTS

*PAGE*

| | | |
|---|---|---|
| 1.0 | INTRODUCTION | iii |
| 1.1 | How to Use the Cumulative Supplement | iii |
| 1.2 | Applicant Name Changes | iv |
| 1.3 | Ribavirin 200mg Oral Capsule | v |
| 1.4 | Levothyroxine Sodium | v |
| 1.5 | Availability of the Edition | vi |
| 1.6 | Report of Counts for the Prescription Drug Product List | vii |
| 1.7 | Cumulative Supplement Change Legend | viii |

**DRUG PRODUCT LISTS**

| | |
|---|---|
| Prescription Drug Product List | 1-1 |
| OTC Drug Product List | 2-1 |
| Drug Products with Approval under Section 505 of the Act Administered by the Center for Biologics Evaluation and Research List | 3-1 |
| Orphan Product Designations and Approvals List | 4-1 |
| Drug Products Which Must Demonstrate in vivo Bioavailability Only if Product Fails to Achieve Adequate Dissolution | 5-1 |

**PATENT AND EXCLUSIVITY INFORMATION ADDENDUM**

| | |
|---|---|
| A. Patent and Exclusivity Lists | A-1 |
| B. Patent and Exclusivity Terms | B-1 |

Please Note:

The 24th Edition of the Orange Book will be the last paper version. All the components of the paper Orange Book are and have been available on the Internet since 1997. Refer to the Introduction 1.3, Availability of the Edition, for specific locations. Additional details will be made available in future Cumulative Supplement publications.

```
               RX DRUG PRODUCT LIST    -   CUMULATIVE SUPPLMENT  7  -  July 2004              1-50

         INJECTABLE; INJECTION
           KETOROLAC TROMETHAMINE
   AP        HOSPIRA              30MG/ML                    N74802 002  Jun 05, 1997  May  CAHN
   AP                             30MG/ML                    N74993 002  Jan 27, 1999  May  CAHN
           TORADOL
             @ ROCHE PALO         15MG/ML                    N19698 001  Nov 30, 1989  Jan  DISC
             @                    30MG/ML                    N19698 002  Nov 30, 1989  Jan  DISC

       KETOTIFEN FUMARATE
         SOLUTION/DROPS; OPHTHALMIC
           ZADITOR
             +   NOVARTIS         EQ 0.025% BASE             N21066 001  Jul 02, 1999  Feb  CAHN

       LABETALOL HYDROCHLORIDE
         INJECTABLE; INJECTION
           LABETALOL HCL
   AP        HOSPIRA              5MG/ML                     N75239 001  Nov 29, 1999  May  CAHN
   AP                             5MG/ML                     N75240 001  Nov 29, 1999  May  CAHN

       LAMIVUDINE
         TABLET; ORAL
           EPIVIR
             GLAXOSMITHKLINE      150MG                      N20564 001  Nov 17, 1995  May  CRLD
             +                    300MG                      N20564 003  Jun 24, 2002  May  CRLD

       LAMOTRIGINE
         TABLET; ORAL
           LAMICTAL
             +   GLAXOSMITHKLINE  25MG                       N20241 005  Dec 27, 1994  Apr  CRLD
                                  200MG                      N20241 003  Dec 27, 1994  Apr  CRLD

       LANSOPRAZOLE
>A>      FOR SUSPENSION, DELAYED RELEASE; ORAL
>A>        PREVACID
>A>          TAP PHARM            15MG/PACKET                N21281 001  May 03, 2001  Jul  CDFR
>A>          +                    30MG/PACKET                N21281 002  May 03, 2001  Jul  CDFR
>D>      FOR SUSPENSION, EXTENDED RELEASE; ORAL
>D>        PREVACID
>D>          TAP PHARM            15MG/PACKET                N21281 001  May 03, 2001  Jul  CDFR
>D>          +                    30MG/PACKET                N21281 002  May 03, 2001  Jul  CDFR
         INJECTABLE; INTRAVENOUS
           PREVACID IV
             +   TAP PHARM        30MG/VIAL                  N21566 001  May 27, 2004  May  NEWA
>A>      TABLET, DELAYED RELEASE, ORALLY DISINTEGRATING; ORAL
>A>        PREVACID
>A>          TAP PHARM            15MG                       N21428 001  Aug 30, 2002  Jul  CDFR
>A>          +                    30MG                       N21428 002  Aug 30, 2002  Jul  CDFR
>D>      TABLET, ORALLY DISINTEGRATING; ORAL
>D>        PREVACID
>D>          TAP PHARM            15MG                       N21428 001  Aug 30, 2002  Jul  CDFR
>D>          +                    30MG                       N21428 002  Aug 30, 2002  Jul  CDFR

       LEFLUNOMIDE
         TABLET; ORAL
           ARAVA
>D>          @ AVENTIS PHARMS     100MG                      N20905 003  Sep 10, 1998  Jul  CMFD
```

```
                    RX DRUG PRODUCT LIST   -  CUMULATIVE SUPPLMENT 7 - July 2004              1-51

           TABLET; ORAL
              ARAVA
 >A>       +    AVENTIS PHARMS         100MG                          N20905 003  Sep 10, 1998 Jul  CMFD

        LEUCOVORIN CALCIUM

           INJECTABLE; INJECTION
              LEUCOVORIN CALCIUM PRESERVATIVE FREE
 >D>  AP      BIGMAR                   EQ 200MG BASE/VIAL             N40258 001  Feb 26, 1999 Jul  CAHN
 >D>       +                           EQ 500MG BASE/VIAL             N40286 001  Feb 26, 1999 Jul  CAHN
 >A>  AP      BIGMAR BIOREN PHARMS     EQ 200MG BASE/VIAL             N40258 001  Feb 26, 1999 Jul  CAHN
 >A>       +                           EQ 500MG BASE/VIAL             N40286 001  Feb 26, 1999 Jul  CAHN
      AP   +  HOSPIRA                  EQ 10MG BASE/ML                N40147 001  Jun 25, 1997 May  CAHN

        LEVOBUPIVACAINE HYDROCHLORIDE

           INJECTABLE; INJECTION
              CHIROCAINE
              @ PURDUE PHARMA LP       EQ 2.5MG BASE/ML               N20997 001  Aug 05, 1999 May  DISC
              @                        EQ 5MG BASE/ML                 N20997 002  Aug 05, 1999 May  DISC
              @                        EQ 7.5MG BASE/ML               N20997 003  Aug 05, 1999 May  DISC

        LEVOCABASTINE HYDROCHLORIDE

           SUSPENSION/DROPS; OPHTHALMIC
              LIVOSTIN
              +  NOVARTIS              EQ 0.05% BASE                  N20219 001  Nov 10, 1993 Feb  CAHN

        LEVOFLOXACIN

           SOLUTION/DROPS; OPHTHALMIC
              IQUIX
              +  SANTEN                1.5%                           N21571 001  Mar 01, 2004 Mar  NEWA

        LEVONORGESTREL

           TABLET; ORAL
              PLAN B
              +  DURAMED               0.75MG                         N21045 001  Jul 28, 1999 Feb  CAHN

        LEVOTHYROXINE SODIUM*

           TABLET; ORAL
              LEVOLET
 >A>  BX      VINTAGE                  0.025MG                        N21137 001  Jun 06, 2003 Jul  CAHN
 >A>  BX                               0.05MG                         N21137 002  Jun 06, 2003 Jul  CAHN
 >A>  BX                               0.075MG                        N21137 003  Jun 06, 2003 Jul  CAHN
 >A>  BX                               0.088MG                        N21137 004  Jun 06, 2003 Jul  CAHN
 >A>  BX                               0.1MG                          N21137 005  Jun 06, 2003 Jul  CAHN
 >A>  BX                               0.112MG                        N21137 006  Jun 06, 2003 Jul  CAHN
 >A>  BX                               0.125MG                        N21137 007  Jun 06, 2003 Jul  CAHN
 >A>  BX                               0.137MG                        N21137 008  Jun 06, 2003 Jul  CAHN
 >A>  BX                               0.15MG                         N21137 009  Jun 06, 2003 Jul  CAHN
 >A>  BX                               0.175MG                        N21137 010  Jun 06, 2003 Jul  CAHN
 >A>  BX                               0.2MG                          N21137 011  Jun 06, 2003 Jul  CAHN
 >A>  BX                               0.3MG                          N21137 012  Jun 06, 2003 Jul  CAHN
 >D>  BX      VINTAGE  PHARMS          0.025MG                        N21137 001  Jun 06, 2003 Jul  CAHN
 >D>  BX                               0.05MG                         N21137 002  Jun 06, 2003 Jul  CAHN
 >D>  BX                               0.075MG                        N21137 003  Jun 06, 2003 Jul  CAHN
 >D>  BX                               0.088MG                        N21137 004  Jun 06, 2003 Jul  CAHN
 >D>  BX                               0.1MG                          N21137 005  Jun 06, 2003 Jul  CAHN
 >D>  BX                               0.112MG                        N21137 006  Jun 06, 2003 Jul  CAHN

                      * SEE PREFACE SECTION 1.4 LEVOTHRYROXINE SODIUM
```