# EXHIBIT 5, Tab H

Case 1:07-cv-06395-HB    Document 18-37    Filed 10/22/2007    Page 1 of 4

# H



# APPROVED DRUG PRODUCTS

## WITH

## THERAPEUTIC EQUIVALENCE EVALUATIONS

### 25th EDITION

**THE PRODUCTS IN THIS LIST HAVE BEEN APPROVED UNDER SECTION 505 OF THE FEDERAL FOOD, DRUG, AND COSMETIC ACT.**

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION
CENTER FOR DRUG EVALUATION AND RESEARCH
OFFICE OF PHARMACEUTICAL SCIENCE
OFFICE OF GENERIC DRUGS

2005

PRESCRIPTION DRUG PRODUCT LIST

25TH EDITION - 2005 - APPROVED DRUG PRODUCTS LIST

3-211 of 351

### LANSOPRAZOLE; NAPROXEN

CAPSULE, DELAYED REL PELLETS, TABLET; ORAL
NAPRAPAC 250 (COPACKAGED)
  TAP PHARM         15MG;250MG                     N21507 002    Nov 14, 2003
NAPRAPAC 375 (COPACKAGED)
  TAP PHARM         15MG;375MG                     N21507 003    Nov 14, 2003
NAPRAPAC 500 (COPACKAGED)
+ TAP PHARM         15MG;500MG                     N21507 004    Nov 14, 2003

### LANTHANUM CARBONATE

TABLET, CHEWABLE; ORAL
FOSRENOL
  SHIRE PHARM       250MG                          N21468 001    Oct 26, 2004
+                   500MG                          N21468 002    Oct 26, 2004

### LATANOPROST

SOLUTION/DROPS; OPHTHALMIC
XALATAN
+ PHARMACIA AND UPJOHN  0.005%                     N20597 001    Jun 05, 1996

### LEFLUNOMIDE

TABLET; ORAL
ARAVA
  AVENTIS PHARMS    10MG                           N20905 001    Sep 10, 1998
+                   20MG                           N20905 002    Sep 10, 1998
+                   100MG                          N20905 003    Sep 10, 1998

### LEPIRUDIN

INJECTABLE; INJECTION
REFLUDAN
+ BERLEX            50MG/VIAL                      N20807 001    Mar 06, 1998

### LETROZOLE

TABLET; ORAL
FEMARA
+ NOVARTIS          2.5MG                          N20726 001    Jul 25, 1997

### LEUCOVORIN CALCIUM

INJECTABLE; INJECTION
LEUCOVORIN CALCIUM
AP     BEDFORD              EQ 50MG BASE/VIAL      N89384 001    Sep 14, 1987
AP                          EQ 100MG BASE/VIAL     N89717 001    Mar 28, 1988
AP  +  MAYNE PHARMA USA     EQ 50MG BASE/VIAL      N08107 002
AP  +                       EQ 100MG BASE/VIAL     N08107 004    May 23, 1988
AP  +                       EQ 350MG BASE/VIAL     N08107 005    Apr 05, 1989
AP     PHARMACHEMIE         EQ 350MG BASE/VIAL     N40262 001    Dec 15, 1999
AP     PHARMACHEMIE USA     EQ 50MG BASE/VIAL      N89628 001    Apr 17, 1997
AP     SICOR PHARMS         EQ 50MG BASE/VIAL      N81278 001    Sep 28, 1993
AP                          EQ 100MG BASE/VIAL     N81277 001    Sep 28, 1993
AP                          EQ 350MG BASE/VIAL     N40174 001    Jun 12, 1997
  LEUCOVORIN CALCIUM PRESERVATIVE FREE
AP     BEDFORD              EQ 10MG BASE/ML        N40347 001    Apr 25, 2000
AP  +                       EQ 200MG BASE/VIAL     N40056 001    May 23, 1995
AP                          EQ 350MG BASE/VIAL     N40335 001    Apr 20, 2000
AP     BIGMAR BIOREN PHARMS EQ 200MG BASE/VIAL     N40258 001    Feb 26, 1999
   +                        EQ 500MG BASE/VIAL     N40286 001    Feb 26, 1999
AP  +  HOSPIRA              EQ 10MG BASE/ML        N40147 001    Jun 25, 1997
AP     LUITPOLD             EQ 50MG BASE/VIAL      N40338 001    Jan 31, 2001
AP     SICOR PHARMS         EQ 10MG BASE/ML        N40332 001    Jun 28, 1999