# EXHIBIT 2

Case 1:07-cv-06785-HB    Document 18-41    Filed 10/22/2007    Page 2 of 6

EXHIBIT 2

*Bases for Dismissing HIPNY's State Law Claims In Count II*

| STATUTE PLEADED | Lack of Subject Matter Jurisdiction, 12(b)(1) | No Standing, 12(b)(1) | FDA Law Preempts, 12(b)(6) | Indirect Purchaser Claims Disallowed, 12(b)(6) | Does Not Reach Alleged Conduct, 12(b)(6) | Class Actions Not Permitted, 12(b)(6) |
|---|---|---|---|---|---|---|
| Alaska Unfair Trade Practices and Consumer Protection Act, Alaska Stat. §§ 45.50.471, et seq. | X | X | X | X | | |
| Arizona Consumer Fraud Act, Ariz. Rev. Stat. §§ 44-1521, et seq. | X | X | X | | X | |
| Arizona Uniform State Antitrust Act, Ariz. Rev. Stat. §§ 44-1401, et seq. | X | X | X | | | |
| Arkansas Deceptive Trade Practices, Ark. Code Ann. §§ 4-88-101, et seq. | X | X | X | X | | |
| California Cartwright Act, Cal. Bus. & Prof. Code §§ 16700, et seq. | X | X | X | | | |
| California Unfair Competition Act, Cal. Bus. & Prof. Code §§ 17200, et seq. | X | X | X | | | |
| Colorado Consumer Protection Act, Colo. Rev. Stat. §§ 61-105, et seq. | X | X | X | X | | |
| Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §§ 42-110b, et seq. | X | X | X | X | | |
| Delaware Consumer Fraud, Del. Code Ann. tit. 6, §§ 2511, et seq. | X | X | X | X | | |
| District of Columbia Antitrust Act, D.C. Code §§ 28-45031, et seq. | X | X | X | | | |
| District of Columbia Consumer Protection Act, D.C. Code §§ 28-3901, et seq. | X | X | X | | | |
| Florida Antitrust Act of 1980, Fla. Stat. Ann. §§542.15, et seq. | X | X | X | X | | |
| Florida Deceptive & Unfair Trade Practices Act, Fla. Stat. Ann. §§501.201, et seq. | X | X | X | | | |
| Georgia Fair Business Practices Act, Ga. Code Ann. §§ 10-1-392, et seq. | X | X | X | X | | |
| Hawaii Rev. Stat. §§ 480-2, 480-3, and 480-4. | X | X | X | | | |
| Idaho Consumer Protection Act, Idaho Code Ann. §§ 48-601, et seq. | X | X | X | X | | |
| Illinois Consumer Fraud and Deceptive Business Practices Act, 815 Ill. Comp. Stat. 505/1, et seq. | X | X | X | X | | |

1

EXHIBIT 2

*Bases for Dismissing HIPNY's State Law Claims In Count II*

| STATUTE PLEADED | Lack of Subject Matter Jurisdiction, 12(b)(1) | No Standing, 12(b)(1) | FDA Law Preempts, 12(b)(6) | Indirect Purchaser Claims Disallowed, 12(b)(6) | Does Not Reach Alleged Conduct, 12(b)(6) | Class Actions Not Permitted, 12(b)(6) |
|---|---|---|---|---|---|---|
| 553.5. | X | X | X | | | |
| Kansas Consumer Protection Act, Kan. Stat. Ann. §§ 50-623 et seq. | X | X | X | | X | |
| Kansas Monopolies & Unfair Trade Act, Kan. Stat. Ann. §§ 50-101 et seq. | X | X | X | | | |
| Kentucky Consumer Protection Act, Ky. Rev. Stat. Ann. §§ 367.110, et seq. | X | X | X | X | | X |
| Kentucky Unfair Trade Practices Act, Ky. Rev. Stat. Ann §§365.020, et seq. | X | X | X | X | X | |
| Louisiana Monopolies Law, La. Rev. Stat. Ann. § 51:121 and § 51:137, et seq. | X | X | X | X | | |
| Louisiana Unfair Trade Practices and Consumer Protection Law, La. Rev. Stat. Ann. §§51:1401, et seq. | X | X | X | X | | X |
| Maine Monopolies and Profiteering Statute, Me. Rev. Stat. Ann. tit. 10 §§ 1101, et seq. | X | X | X | | | |
| Maine Unfair Trade Practices Act, 5 Me. Rev. Stat. Ann. § 207, et seq. | X | X | X | | | |
| Maryland Consumer Protection Act, Md. Com. Law Code §§ 13-101, et seq. | X | X | X | X | X | |
| Massachusetts Antitrust Act, Mass. Gen. Laws, ch. 93. | X | X | X | X | | |
| Massachusetts Consumer Protection Act, Mass. Gen. Laws ch. 93A. | X | X | X | | | |
| Michigan Antitrust Reform Act, Mich. Comp. Laws, §§445.771, et seq. | X | X | X | | | |
| Michigan Consumer Protection Act, Mich. Comp. Laws, §§445.901, et seq. | X | X | X | | X | |
| Minnesota Antitrust Law of 1971, Minn. Stat. §§325D.49 and § 325D-52, et seq. | X | X | X | | | |
| Minnesota Consumer Fraud Act, Minn. Stat. §§325F.67, et seq. and Minn. Stat. § 8.31, et seq. | X | X | X | | X | |
| Miss. Code Ann. §§75-21-1, et seq. | X | X | X | | | |

EXHIBIT 2

*Bases for Dismissing HIPNY's State Law Claims In Count II*

| STATUTE PLEADED | Lack of Subject Matter Jurisdiction, 12(b)(1) | No Standing, 12(b)(1) | FDA Law Preempts, 12(b)(6) | Indirect Purchaser Claims Disallowed, 12(b)(6) | Does Not Reach Alleged Conduct, 12(b)(6) | Class Actions Not Permitted, 12(b)(6) |
|---|---|---|---|---|---|---|
| Missouri Merchandising Practices Act, Mo. Rev. Stat. § 407.010, et seq. | X | X | X | X | | |
| Montana Unfair Trade Practices and Consumer Protection Act, Mont. Code Ann. § 30-14-101, et seq. | X | X | X | X | | |
| Neb. Code Ann. § 59-801, et seq. | X | X | X | | | |
| Nebraska Consumer Protection Act, Neb. Rev. Stat. §59-1601, et seq. | X | X | X | | | |
| Nevada Deceptive Trade Practices Act, Nev. Rev. Stat. §§598.0903, et seq. | X | X | X | | X | |
| Nevada Unfair Trade Practices Act, Nev. Rev. Stat. §§598A.010, et seq. | X | X | X | | | |
| New Hampshire Regulation of Business Practices for Consumer Protection, N.H.. Rev. Stat. Ann. § 358-A:1, et seq. | X | X | X | | | |
| New Jersey Antitrust Act, N.J. Stat. Ann. §§56:9-1, et seq. | X | X | X | X | | |
| New Jersey Consumer Fraud Act, N.J. Stat. Ann. §§56:8-1, et seq. | X | X | X | X | X | |
| New Mexico Antitrust Act, N.M. Stat. Ann. §§57-1-1, et seq. | X | X | X | | | |
| New Mexico Unfair Practices Act, N.M. Stat. Ann. §§57-12-1, et seq. | X | X | X | | X | |
| New York Deceptive Acts and Practices Act, N.Y. Gen. Bus. Law §§349, et seq. | X | X | X | | X | |
| New York Donnelly Act, N.Y. Gen. Bus. Law. §§340, et seq. | X | X | X | | | X |
| North Carolina Antitrust and Unfair Competition Law, N.C. Gen. Stat. §§75-1, et seq. N.C. Gen. Stat. § 75-1.1, et seq. | X | X | X | | | |
| North Dakota Antitrust Act, N.D. Cent. Code §§51-08.1-01, et seq. | X | X | X | | | |

EXHIBIT 2

*Bases for Dismissing HIPNY's State Law Claims In Count II*

| STATUTE PLEADED | Lack of Subject Matter Jurisdiction, 12(b)(1) | No Standing, 12(b)(1) | FDA Law Preempts, 12(b)(6) | Indirect Purchaser Claims Disallowed, 12(b)(6) | Does Not Reach Alleged Conduct, 12(b)(6) | Class Actions Not Permitted, 12(b)(6) |
|---|---|---|---|---|---|---|
| North Dakota Consumer Fraud Act, N.D. Cent. Code §§51-15-01, et seq. | X | X | X | | X | |
| Ohio Consumer Sales Practices, Ohio Rev. Code Ann. § 1345.01, et seq. | X | X | X | X | X | |
| Oklahoma Consumer Protection Act, Okla. Stat. tit. 15 § 751, et seq. | X | X | X | X | | |
| Oregon Unlawful Trade Practices Act, Or. Rev. Stat. § 646.605, et seq. | X | X | X | X | | |
| Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 Pa. Stat. Ann. § 201-1, et seq. | X | X | X | X | | |
| Rhode Island Deceptive Trade Practices Law, R.I. Gen. Laws § 6-13.1-1, et seq. | X | X | X | X | | |
| South Carolina Unfair Trade Practices Act, S.C. Code. Ann. § 39-5-10, et seq. | X | X | X | X | | |
| South Dakota Antitrust Law, S.D. Codified Laws §§37-1-3, et seq. | X | X | X | | | |
| South Dakota Deceptive Trade Practices and Consumer Protection Law, S.D. Codified Laws §§ 37-24-1, et seq | X | X | X | | X | |
| Tennessee Consumer Protection Act, Tenn. Code Ann. §§47-18-101, et seq. | X | X | X | | | X |
| Tennessee Trade Practices Act, Tenn. Code Ann. §§47-25-101, et seq. | X | X | X | | | |
| Texas Deceptive Trade Practices-Consumer Protection Act, Tex. Bus. & Com. Code. § 17.41, et seq. | X | X | X | X | | |
| Utah Code Ann. § 76-10-911, et seq. | X | X | X | X | | |
| Utah Consumer Sales Practice Act, Utah Code Ann. § 13-11-1, et seq. | X | X | X | X | | |
| Vt. Stat. Ann. 9 § 2453 | X | X | X | | | |
| Vermont Consumer Fraud Act, Vt. Stat. Ann. tit. 9, §§2451, et seq. | X | X | X | | | |

EXHIBIT 2

*Bases for Dismissing HIPNY's State Law Claims In Count II*

| STATUTE PLEADED | Lack of Subject Matter Jurisdiction, 12(b)(1) | No Standing, 12(b)(1) | FDA Law Preempts, 12(b)(6) | Indirect Purchaser Claims Disallowed, 12(b)(6) | Does Not Reach Alleged Conduct, 12(b)(6) | Class Actions Not Permitted, 12(b)(6) |
|---|---|---|---|---|---|---|
| Virginia Consumer Protection Act, Va. Code Ann. § 59.1-196, et seq. | X | X | X | X | | |
| Washington Consumer Protection Act, Wash. Rev. Code § 19.86.010, et seq. | X | X | X | X | | |
| West Virginia Antitrust Act, W.Va. Code §§47-18-1, et seq. | X | X | X | | | |
| West Virginia Consumer Credit and Protection Act, W.Va. Code §§ 46A-6-101, et seq. | X | X | X | | | |
| Wisconsin Antitrust Act, Wis. Stat. § 133.01, et seq. | X | X | X | | | |
| Wisconsin Unfair Trade Practices Act., Wis. Stat. §§100.20, et seq. | X | X | X | | | |