

EDWARD NOTARGIACOMO
TEL • (617) 482-3700
ed@hbsslaw.com

**HAGENS BERMAN
SOBOL SHAPIRO LLP**

November 1, 2007

**Via Facsimile**

The Honorable Harold Baer, Jr.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

      Re:   *Health Insurance Plan of NY v. Aventis Pharmaceuticals, Inc.*, 07-CV-06785-HB

Dear Judge Baer:

      On October 22, 2007 Defendants in the above-referenced matter filed a motion to dismiss. Defendant's motion raises certain jurisdictional and standing issues as well as issues related to the ability of Plaintiff Health Insurance Plan of New York ("HIPNY") to bring suit under the consumer protection statutes of various states. After review of the motion, HIPNY believes that an amendment of their current complaint would significantly narrow the issues presented to the Court for decision. Accordingly, pursuant to this Court's individual practice 4.A.i, we are informing the Court of Plaintiffs intention to amend their complaint. Plaintiffs intend to file an amended complaint by November 8, 2007.

      HIPNY's opposition to the motion to dismiss is currently due on November 7, 2007. Because we believe that the amended complaint HIPNY intends to file will significantly narrow the issues presented, we would request leave of Court to negotiate a revised schedule for briefing with regard to our amended complaint with defense counsel, thus alleviating the necessity for a response to the current motion to dismiss. HIPNY has informed defense counsel of their intention to amend the complaint and have proposed a briefing schedule for defendant's consideration. Defense counsel are currently considering Plaintiff's proposal.

      In compliance with this Court's individual practice 1.E. regarding requests for adjournments, I have enclosed a copy of the docket report in the above-referenced matter.

ATTORNEYS AT LAW      SEATTLE  LOS ANGELES  CAMBRIDGE  PHOENIX  CHICAGO
T 617.482.3700  F 617.482.3003
ONE MAIN STREET, FOURTH FLOOR  CAMBRIDGE, MASSACHUSETTS 02142
www.hbsslaw.com

006102-11 205937 V1

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

**/s/ Edward Notargiacomo**

Edward Notargiacomo

cc:   Peter St. Phillip
      Mark M. Sandmann
      Christopher R. Farrell
      Julia E. McEvoy

> We have a PTC on Wednesday lets resolve this at that time by that I mean reach an accord — not too far out — with your adversary before you come by.
>
> SO ORDERED:
> Harold Baer, Jr., U.S.D.J.
> Date: 11/5/07

00610:-11 205937 V1

Endorsement:

    We have a PTC on Wednesday let's resolve this at that time by that I mean reach an accord - not too far out - with your adversary before you come by.