UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
HEALTH INSURANCE PLAN OF NEW YORK,   :   Civil Action No. 07-cv-6785 (HB)
on behalf of itself and all others similarly situated,   :
:   **ECF CASE**
Plaintiff,   :
v   :
:
AVENTIS PHARMACEUTICALS, INC.   :
:
Defendant.   :
------------------------------------------------------------x

## VOLUNTARY DISMISSAL

Notice is hereby given that Plaintiff, Health Insurance Plan of New York, voluntarily dismisses this action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: November 6, 2007

                                  Respectfully Submitted,

                                    /s/ **Peter St. Phillip**
                                  Richard Cohen (RC-(5220)
                                  Peter St. Phillip (PS-0726)
                                  Gerald Lawrence
                                  LOWEY DANNENBERG BEMPORAD
                                      SELINGER & COHEN, P.C.
                                  White Plains Plaza
                                  One North Broadway
                                  White Plains, NY  10601
                                  Telephone:  (914) 997-0500
                                  Facsimile:  (914) 997-0035

Thomas M. Sobol
David S. Nalven  DN-2374
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, Fourth Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003

Mark M. Sandmann
Mark D. Fischer
Jeffrey Swann
RAWLINGS & ASSOCIATES, P.L.L.C.
325 W. Main Street
Louisville, KY  40202
Telephone:  (502) 814-2157
Facsimile:  (502) 584-8580