```
┌─────────────────────────────┐
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____              │
│ DATE FILED: 11/9/07         │
└─────────────────────────────┘
```

NOV 11 o 2007

**HAGENS BERMAN SOBOL SHAPIRO LLP**

EDWARD NOTARGIACOMO
TEL • (617) 482-3700
ED@HBSSLAW.COM

November 6, 2007

**Via Facsimile**

The Honorable Harold Baer, Jr.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

    Re: *Health Insurance Plan of NY v. Aventis Pharmaceuticals, Inc.*, 07-CV-06785-HB

Dear Judge Baer,

    After further consideration of the jurisdictional issues related to Plaintiff Health Insurance Plan of New York's ("HIPNY's") claims in the above-referenced matter, HIPNY has this afternoon filed a notice of dismissal of its claims in this case pursuant to Fed. R. Civ. P. 41(a)(1)(i).

    This obviates any need for indirect purchaser counsel to participate in the pre-trial conference scheduled for tomorrow, Wednesday, November 7, 2007 at 3:00pm.

                      Sincerely,

                        HAGENS BERMAN SOBOL SHAPIRO LLP

                        Edward Notargiacomo

cc:   Peter St. Phillip
      Mark M. Sandmann
      Christopher R. Farrell
      Julia E. McEvoy

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 11/9/07

ATTORNEYS AT LAW                     SEATTLE   LOS ANGELES   CAMBRIDGE   PHOENIX   CHICAGO
T 617.482.3700   F 617.482.3003
ONE MAIN STREET   FOURTH FLOOR   CAMBRIDGE, MASSACHUSETTS 02142
www.hbsslaw.com

006102-11 205937 V1